IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE ESTATE OF KAHLIEF BRANDON MYRICK, by and through CRYSTAL BOYCE, as Administratrix, | : : : | |
| *Plaintiff* | : : | CIVIL ACTION |
| v. | : : | |
| 7-ELEVEN, INC., et al., | : | No. 23-829 |
| *Defendants* | : | |

**ORDER**

AND NOW, this 21st day of June, 2023, upon consideration of the Estate's Motion to Remand (Doc. No. 12), the response and reply thereto, and the oral argument held on May 30, 2023, it is hereby **ORDERED** that the Motion (Doc. No. 12) is **GRANTED**. This matter shall be remanded to the Philadelphia Court of Common Pleas. The Clerk of Court is further **ORDERED** to mark this case closed for all purposes, including statistics.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE